FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 22 PM 1:33
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Savannah Division

United States of America
v.
Scott Randall Price

Case No: 4:07CR00045-3

USM No: 13068-021

Date of Original Judgment: July 24, 2007
Date of Previous Amended Judgment: January 9, 2012
*(Use Date of Last Amended Judgment if Any)*

William Bell, III
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 121 months **is reduced to** 120 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated July 24, 2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 10/22/15

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*